1  KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
   William M. Goodman (SBN 61305)
2  Christopher J. McNamara (SBN 209205)
   101 California Street, Suite 2050
3  San Francisco, CA 94111
   Telephone:  (415) 421-6140
4  Facsimile:  (415) 398-5030
   E-mail: wgoodman@kasowitz.com
5  E-mail: cmcnamara@kasowitz.com

6  Counsel for Plaintiffs
   DSU Aviation, LLC, and
7  David Utterberg and Nayda Utterberg

8
                    **UNITED DISTRICT COURT**
9
               **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
10

11

| | |
|---|---|
| DSU AVIATION, LLC, a Washington Limited Liability Company, and DAVID UTTERBERG and NAYDA UTTERBERG, as individuals and on behalf of their marital community,<br><br>                Plaintiffs,<br><br>        vs.<br><br>PCMT AVIATION, a California Limited Liability Company n/k/a XOJet, Inc., PAUL TOUW, an individual, and WILL LANGMANN, an individual,<br><br>                Defendants. | Case No: C 07-cv-01478-SC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE FOR CONDUCTING EARLY NEUTRAL EVALAUATION** |

## **STIPULATION**

Whereas, this action, which was initially filed by Plaintiffs in the United States District Court for the Western District of Washington, was transferred from the Western District of Washington to the Northern District of California;

Whereas, on July 30, 2007 the case was referred to Early Neutral Evaluation ("ENE") and the parties were given 90 days to hold the ENE session, which 90 days expires on October 29, 2007;

Whereas, on August 6, 2007, Plaintiffs filed a Second Amended Complaint;

1  Whereas, on August 27, 2007, Defendants filed a motion to dismiss Plaintiffs' Second
2  Amended Complaint, which is scheduled to be heard on November 2, 2007;
3  Whereas, the parties were first notified that a neutral evaluator had been appointed on
4  October 12, 2007, only 17 days before the current deadline for conducting the ENE session; and
5  Whereas, the parties believe that the ENE session will be more productive if it is held
6  after the Court rules on Defendants' motion to dismiss;
7  THEREFORE THE PARTIES STIPULATE AND AGREE THAT the deadline for
8  completing the ENE session shall be extended from October 29, 2007 to December 31, 2007.

DATED:  October 15, 2007         KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP


By:   /S/ Christopher J. McNamara
      CHRISTOPHER J. MCNAMARA
      Counsel for Plaintiffs

DATED:  October 15, 2007         MORGAN, LEWIS & BOCKIUS, LLP


By:   /S/ Jami Wintz McKeon
      JAMI WINTZ MCKEON
      Counsel for Defendants

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT the deadline for completing the Early Neutral Evaluation session is hereby extended from October 29, 2007 to December 31, 2007.

DATED:  October  18 , 2007       _____
                                 Honorable Samuel Conti, United States District Judge

*IT IS SO ORDERED — Judge Samuel Conti — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*

Whereas, on August 27, 2007, Defendants filed a motion to dismiss Plaintiffs' Second Amended Complaint, which is scheduled to be heard on November 2, 2007;

Whereas, the parties were first notified that a neutral evaluator had been appointed on October 12, 2007, only 17 days before the current deadline for conducting the ENE session; and

Whereas, the parties believe that the ENE session will be more productive if it is held after the Court rules on Defendants' motion to dismiss;

THEREFORE THE PARTIES STIPULATE AND AGREE THAT the deadline for completing the ENE session shall be extended from October 29, 2007 to December 31, 2007.

DATED:  October 15, 2007          KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP


By:   /S/ Christopher J. McNamara
      CHRISTOPHER J. MCNAMARA
      Counsel for Plaintiffs

DATED:  October 15, 2007          MORGAN, LEWIS & BOCKIUS, LLP

                                  Joanna Salk
                                  for

By:   /S/ Jami Wintz McKeon
      JAMI WINTZ MCKEON
      Counsel for Defendants

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT the deadline for completing the Early Neutral Evaluation session is hereby extended from October 29, 2007 to December 31, 2007.

DATED:  October ___, 2007         _____
                                  Honorable Samuel Conti, United States District Judge