| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| | JAMI WINTZ MCKEON, State Bar No. 237923 |
| 2 | ROLLIN B. CHIPPEY, II, State Bar No. 107941 |
| | JOANNA K. SAX, State Bar No. 249124 |
| 3 | One Market, Spear Street Tower |
| | San Francisco, CA  94105-1126 |
| 4 | Tel:  415.442.1000 |
| | Fax:  415.442.1001 |
| 5 | E-mail:  jmckeon@morganlewis.com |
| |         rchippey@morganlewis.com |
| 6 |         jsax@morganlewis.com |
| 7 | Attorneys for Defendants PCMT Aviation, LLC, |
| | n/k/a XOJET, Inc., PAUL TOUW, an individual, |
| 8 | and WILL LANGMANN, an individual |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DSU AVIATION, LLC, a Washington Limited Liability Company, and DAVID AND NAYDA UTTERBERG, as individuals and on behalf of their marital community, | Case No. C 07-cv-1478 SC |
| | **STIPULATION TO EXTEND TIME TO ANSWER AND/OR COUNTERCLAIM TO PLAINTIFFS' SECOND AMENDED COMPLAINT** |
| Plaintiffs, | |
| vs. | |
| PCMT AVIATION, LLC, a California Limited Liability Company, n/k/a XOJET, Inc., PAUL TOUW, an individual, and WILL LANGMANN, an individual, | |
| Defendants. | |

Pursuant to Civil Local Rule 6-1(a), the parties to this action, by and through their respective undersigned counsel of record, stipulate that Defendants time within which it must answer and/or counterclaim to Plaintiffs' Second Amended Complaint is hereby extended to Wednesday, December 5, 2007.  In agreeing to this extension, Plaintiffs do not waive any right to object, answer or move with respect to any such filing by Defendants.  This extension will not

1  alter the date of any event or any deadline already affixed by Court Order.

2      I hereby attest that I have on file all holographic signatures for any signature indicated by

3  a conformed signature (/s/) within this efiled document.

5  Dated: November 15, 2007                    MORGAN, LEWIS & BOCKIUS LLP

7                                                By   /S/ Joanna Sax
8                                                     Joanna Sax
                                                   Attorneys for Defendants

11  Dated: November 15, 2007                    KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP

14                                                By   /S/ Christopher McNamara
                                                 Christopher J. McNamara
                                                 Attorneys for Plaintiffs

*[Seal: UNITED STATES DISTRICT COURT · NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Samuel Conti]*