KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
William M. Goodman (SBN 61305)
Christopher J. McNamara (SBN 209205)
101 California Street, Suite 2050
San Francisco, CA 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030
E-mail: wgoodman@kasowitz.com
E-mail: cmcnamara@kasowitz.com

Counsel for Plaintiffs
DSU Aviation, LLC, and
David Utterberg and Nayda Utterberg

# UNITED DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DSU AVIATION, LLC, a Washington Limited Liability Company, and DAVID UTTERBERG and NAYDA UTTERBERG, as individuals and on behalf of their marital community,<br><br>Plaintiffs,<br><br>vs.<br><br>PCMT AVIATION, a California Limited Liability Company n/k/a XOJet, Inc., PAUL TOUW, an individual, and WILL LANGMANN, an individual,<br><br>Defendants. | Case No: C 07-cv-01478-SC<br><br>**STIPULATION OF DISMISSAL** |

## **STIPULATION**

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action, which includes Plaintiffs' claims and Defendants' counterclaims, be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) and (c).

I hereby attest that I have on file all holographic signatures for any signature indicated by a conformed signature (/s/) within this efiled document.

DATED: February   , 2008        KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP


By:   /S/ Christopher J. McNamara
      CHRISTOPHER J. MCNAMARA
      Counsel for Plaintiffs

DATED: February 5, 2008         MORGAN, LEWIS & BOCKIUS, LLP


By:   /S/ Joanna Sax
      JOANNA SAX
      Counsel for Defendants

IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA